**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **FRANCES XAVIER LETARD, JR.,** ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-25 |
| ) | (Phillips) |
| **GENERAL AMERICAN LIFE INSURANCE** ) | |
| **COMPANY,** ) | |
|     Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant General American Life Insurance Company. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Frances Xavier Letard, Jr. take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant General American Life Insurance Company recover of the plaintiff Frances Xavier Letard, Jr., its costs of action.

Dated at Knoxville, Tennessee, this _____ day of February, 2007.

                                                             s/ Patricia L. McNutt
                                                             Clerk of Court